■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LOUIS C. CICCIARI, Appellant.—Appeal by the defendant, as limited by his motion, from a sentence of the County Court, Nassau County (Mackston, J.), imposed March 15, 1989, upon his conviction of sodomy in the first degree, upon a plea of guilty.

Ordered that the appeal is dismissed.

The record on appeal reveals that the following colloquy occurred before the court accepted the defendant's plea:

"THE COURT: Do you voluntarily then, without hesitation or reservation, give up the right to appeal this conviction, sentence and judgment?

"THE DEFENDANT: Yes.

"THE COURT: No reservations about it, is that correct?

"THE DEFENDANT: Yes.

"THE COURT: Yes, you have no reservations?

"THE DEFENDANT: I don't plan to appeal it.

"THE COURT: Yes, you have no reservations?

"THE DEFENDANT: I don't understand the question.

"THE COURT: Do you have any reservations about it? Is it completely voluntarily being done?

"THE DEFENDANT: Yes."

The foregoing establishes that the defendant knowingly waived his right to appeal as a condition to the court's acceptance of his plea. The appeal must, therefore, be dismissed *(see, People v Seaberg,* 74 NY2d 1). Mangano, P. J., Bracken, Sullivan, Balletta and O'Brien, JJ., concur.